UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER SILVERBRAND, | ) | No. CV 07-1273-R(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING SECOND REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| JAMES TILTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Second Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' motion for summary judgment (docket no. 36, filed December 2, 2008) be granted; and (3) that judgment be entered in favor of Defendants.

1     **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.

4 DATED:   Sept. 29, 2010

                                            _____
                                                  MANUEL L. REAL
                                            United States District Judge