**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PETER SILVERBRAND, | ) | No. CV 07-1273-R(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JAMES TILTON, et al., | ) | |
| Defendants. | ) | |

Summary judgment is hereby granted in favor of Defendants.

DATED:   Sept. 29, 2010

_____
MANUEL L. REAL
United States District Judge